

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-23-00811-CR

**IN RE JOHN GILBERT CENTENO JR., RELATOR**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice
               Beth Watkins, Justice

Delivered and Filed: September 20, 2023

DISMISSED FOR WANT OF JURISDICTION

On August 25, 2023, Relator John Gilbert Centeno Jr. filed a petition for writ of habeas corpus challenging his arrest and pre-trial commitment as unlawful. This court has no original habeas corpus jurisdiction in criminal law matters; our original jurisdiction to entertain applications for writ of habeas corpus extends solely to the actions of judges in civil cases. *See* TEX. GOV'T CODE § 22.221(d). Our habeas corpus jurisdiction in criminal matters is appellate only. *In re Ayers*, 515 S.W.3d 356, 356 (Tex. App.—Houston [14th Dist.] 2016, orig. proceeding) (per curiam); *Dodson v. State*, 988 S.W.2d 833, 835 (Tex. App.—San Antonio 1999, no pet.). Original jurisdiction to grant a writ of habeas corpus in a criminal case is vested in the Court of

---

[1]This proceeding arises out of Cause No. 2021-CR-11020, styled *State v. John Gilbert Centeno, Jr.*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Andrew Carruthers presiding.

Criminal Appeals, the district courts, the county courts, or a judge of those courts. TEX. CODE CRIM. PROC. art. 11.05; *see also In re Ayers*, 515 S.W.3d at 356.

Accordingly, we dismiss relator's application for writ of habeas corpus for want of jurisdiction. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH